IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARDINAL HEALTH 200 LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HEALTH CARE AUTHORITY )<br>FOR BAPTIST HEALTH, )<br>)<br>Defendant. ) | CASE NO. 2:12-cv-988-MEF<br>(WO – Do Not Publish) |

## **ORDER**

Before the Court is Plaintiff's unopposed Motion to Continue (Doc. #10), in which Plaintiff requests a two-week extension for filing its Rule 26(f) Report containing the parties' proposed discovery plan. For good cause shown, it is hereby ORDERED that such motion is GRANTED. Plaintiff shall file the Rule 26(f) Report on or before **January 11, 2013**.

DONE this the 21st day of December, 2012.

        /s/ Mark E. Fuller
   UNITED STATES DISTRICT JUDGE