IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARDINAL HEALTH 200, LLC, f/k/a ) | |
| CARDINAL HEALTH 200, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-cv-988-MEF |
| ) | (WO – Do Not Publish) |
| THE HEALTHCARE AUTHORITY ) | |
| FOR BAPTIST HEALTH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Plaintiff's Motion to Set Status Conference (Doc. #16), in which Plaintiff alerts the Court that, although Defendant has pleaded settlement and release as an affirmative defense in its Answer (Doc. #7, at 3), Defendant has not complied with the terms of the settlement agreement reached by the parties. In the interest of avoiding the expenditure of unnecessary time and cost in this matter, the Court finds it would be beneficial to discuss the status of the settlement agreement with the parties and their counsel.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Set Status Conference (Doc. #16) is GRANTED. It is further ORDERED that a hearing will be held in this matter on **February 21, 2013**, at **10:00 a.m.** in Courtroom 2A, United States Courthouse, One Church Street, Montgomery, Alabama. The parties and counsel are ORDERED to appear at said hearing.

DONE this the 7th day of February, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE