IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CARDINAL HEALTH 200, LLC, f/k/a )
CARDINAL HEALTH 200, INC., )
  )
     Plaintiff, )
  )
v. )    CASE NO. 2:12-cv-988-MEF
  )     (WO – Do Not Publish)
THE HEALTHCARE AUTHORITY )
FOR BAPTIST HEALTH, )
  )
     Defendant. )

## ORDER

Upon consideration of the parties' Joint Motion to Continue Status Conference Set for February 21, 2013 (Doc. #18), it is hereby ORDERED that the motion is GRANTED to the extent it requests a new hearing date. The hearing originally scheduled for February 21, 2013, at 10:00 a.m., is hereby CANCELED and will be rescheduled for a later date.

DONE this the 20th day of February, 2013.

                           /s/ Mark E. Fuller
                    UNITED STATES DISTRICT JUDGE