IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARDINAL HEALTH 200, LLC, f/k/a | ) | |
| CARDINAL HEALTH 200, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-cv-988-MEF |
| | ) | (WO – Do Not Publish) |
| THE HEALTHCARE AUTHORITY | ) | |
| FOR BAPTIST HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' Joint Motion to Continue Status Conference Set for February 21, 2013. (Doc. #18.)  By Order of February 20, 2013 (Doc. #19), the Court canceled the hearing originally scheduled in this matter.  It is hereby ORDERED that the hearing set for February 21, 2013, is CONTINUED until **March 20, 2013**, at **3:00 p.m.** in Courtroom 2A, United States Courthouse, One Church Street, Montgomery, Alabama.

It is further ORDERED that the parties file a joint report regarding the status of their settlement negotiations on or before **March 7, 2013**.

DONE this the 21st day of February, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE